UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON

Eastern District of Kentucky
FILED
SEP 15 2005
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

CRIMINAL ACTION NO. 00-162

UNITED STATES OF AMERICA                                             PLAINTIFF

V.                    **OPINION & ORDER**

DONALD RAY HALL                                                      DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court on the motion of Defendant, Donald Ray Hall ("Hall") *pro se*, filed pursuant to 28 U.S.C. § 2255, to vacate, set aside, or correct his sentence on the grounds that his federal conviction violated his constitutional rights against double jeopardy in that he was also prosecuted on separate charges in Kentucky state courts for the same offenses, his Fifth Amendment right against self-incrimination has been violated, and he was denied effective assistance of counsel. Consistent with local practice, this matter was referred to the United States Magistrate Judge for consideration.

The Magistrate Judge filed his Report and Recommendation on August 18, 2005. In considering Hall's motion to vacate, set aside or correct his sentence, the Magistrate Judge found that Hall's §2255 motion was time-barred because he failed to file his motion within one year from the date his conviction became final. The Magistrate Judge also reviewed the terms of Hall's Plea Agreement and determined that Hall waived his statutory right to collaterally attack his conviction and sentence.

Accordingly, the Magistrate Judge recommends that: (1) the motion of Defendant, Donald Ray Hall, filed under §2255 to vacate, correct or set aside sentence, for reasons previously stated, be denied; and (2) the motion of the United States to dismiss Hall's §2255 motion be granted.

Neither the United States nor Hall filed objections to the Magistrate Judge's Report and Recommendation. Although this Court must make a *de novo* determination of those portions of the Magistrate Judge's Report and Recommendation to which objection is made, 28 U.S.C. § 636(b)(1)(c), "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Moreover, a party who fails to file objections with the Court to a Magistrate Judge's Report and Recommendation waives the right to appeal. *See Wright v. Holbrook*, 794 F.2d 1152, 1154-55 (6th Cir. 1986). Nevertheless, the Court, having examined the record and having made a *de novo* determination, is in agreement with the Magistrate Judge's Report and Recommendation.

Accordingly, the Court, being otherwise fully and sufficiently advised, HEREBY ORDERS that:

1) the Magistrate Judge's Report and Recommendation [DE #44] is ADOPTED as and for the opinion of the Court;

2) Hall's motion under §2255 to vacate, correct or set aside sentence [DE #37], for reasons previously stated, is DENIED;

3) the United States' motion to dismiss Hall's §2255 motion [DE #42] is GRANTED; and

4) judgment will be entered contemporaneously with this order.

2

This \_\_\_15\_\_ day of September, 2005.

_____
KARL S. FORESTER, SENIOR JUDGE